BEFORE: JOAN M. AZRACK  DATE: 9/13/2023
UNITED STATES DISTRICT JUDGE  TIME: 9:30 AM (6.5 hrs)

# CRIMINAL CAUSE FOR JURY TRIAL

**DOCKET NO.  21-cr-217 (JMA)**

**DEFENDANT: Christopher Winkler**   **DEF. #: 1**
☐ Present   ☒ Not present   ☐ Custody   ☒ Bail
**DEFENSE COUNSEL: Richard Levitt, Peter Smith, Zachary Seigel**
☐ Federal Defender   ☐ CJA   ☒ Retained

**DOJ: Christopher Hale, Kenneth Nelson, SA Todd Smith**

COURT REPORTER: Mary Ann Steiger

COURTROOM DEPUTY: LMP

☒ Case called   ☒ Counsel for all sides present

☐ Jury selection begins.  Prospective jurors sworn.

☐ Voir dire held.

☐ Jury selected and is satisfactory to all sides.

☒ Jurors sworn and trial begins.  Preliminary instructions given.

☒ Government opens.   ☒ Defense opens.

☐ Jury trial held.   ☐ Jury trial resumes.

☒ Witnesses sworn.   ☒ Exhibits entered into evidence.

☒ Trial to continue on 9/14/2023 at 9:30 AM.

☐ Government rests.   ☐ Defense rests.

☐ Government summation.   ☐ Defense summation.   ☐ Government rebuttal.

☐ Jury charged, alternates excused and deliberations begin.

☐ **Guilty verdict** on count(s) ___.

☐ **Not Guilty verdict** on count(s) ____.

☐ Jurors polled and excused with the thanks of the Court.

Defendant ☐ Remains in Custody;   ☒ Continued on Bond.

OTHER: